# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2627
L.T. Case No. 16-2024-CF-003905-A

_____

ROLAND LAMAR JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Matthew J. Metz, Public Defender, and Louis Rossi, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

July 14, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____